1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICKA THOMAS,<br><br>        Plaintiff,<br><br>    vs.<br><br>SIX CONTINENTS HOTELS, INC. DBA INTERCONTINENTAL HOTELS GROUP (IHG); HOLIDAY HOSPITALITY FRANCHISING, LLC (HHF); HIM (ARUBA) NV (HIM) DOES 1-24,<br><br>        Defendants. | Case No. 2:21-cv-04117-DSF-JEM<br><br>**ORDER ON JOINT STIPULATION RE: CONTINUANCE OF THE DEADLINE FOR DEFENDANT INTERCONTINENTAL HOTELS GROUP PLC'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT TO JUNE 6, 2022 [39]**<br><br>United States District Judge: Dale S. Fischer<br><br>Trial Date: September 25, 2023 |

    The Court has received and reviewed the Joint Stipulation of Plaintiff RICKA THOMAS ("Plaintiff") and Defendant INTERCONTINENTAL HOTELS GROUP PLC's (erroneously sued as INTERCONTINENTAL HOTELS GROUP (IHG) (hereinafter "PLC")) Re: Continuance of the Deadline for Defendant PLC's Response to Plaintiff's First Amended Complaint to June 6, 2022 ("Stipulation").

/ / /

/ / /

/ / /

4871-6415-3889.1                                         1

Based on the Stipulation and GOOD CAUSE APPEARING, it is hereby ordered that PLC has until June 6, 2022 to file a Response to Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

DATED: May 20, 2022

/s/ Dale S. Fischer
Hon. Dale S. Fischer
United States District Judge

4871-6415-3889.1

2