1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   DAVID M. SAMUELS, SB# 155254
2     E-Mail: David.Samuels@lewisbrisbois.com
   HEATHER J. HAMBY, SB# 235255
3     E-Mail: Heather.Hamby@lewisbrisbois.com
   633 West 5th Street, Suite 4000
4  Los Angeles, California 90071
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for Defendant,
   INTERCONTINENTAL HOTELS
7  GROUP, PLC

8                  UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11 | RICKA THOMAS,                              | Case No. 2:21-cv-04117-DSF-JEM |
12 |        Plaintiff,                          | **JOINT STIPULATION RE: SECOND CONTINUANCE OF THE DEADLINE FOR DEFENDANT INTERCONTINENTAL HOTELS GROUP PLC'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT TO JUNE 20, 2022** |
13 |        vs.                                 | |
14 | SIX CONTINENTS HOTELS, INC. DBA INTERCONTINENTAL HOTELS GROUP (IHG); HOLIDAY HOSPITALITY FRANCHISING, LLC (HHF); HIM (ARUBA) NV (HIM) DOES 1-24, | |
                                                 | United States District Judge: Dale S. Fischer |
                                                 | Trial Date: September 23, 2022 |
   |        Defendants.                         | |

20     COMES NOW Plaintiff RICKA THOMAS ("Plaintiff") and Defendant
21 INTERCONTINENTAL HOTELS GROUP PLC's (erroneously sued as
22 INTERCONTINENTAL HOTELS GROUP (IHG) (hereinafter "PLC")), by and
23 through their respective counsel, who hereby enter into the following Stipulation to
24 Continue the Deadline for Defendant PLC's Response to Plaintiff's First Amended
25 Complaint to June 20, 2022.
26 ///
27 ///
28 ///

# RECITALS

WHEREAS Plaintiff filed her First Amended Complaint ("FAC") on May 9, 2022;

WHEREAS Defendant PLC is the only defendant that has been served with the FAC at this time;

WHEREAS PLC's response to Plaintiff's FAC was originally due by May 23, 2022, which is fourteen (14) days after Plaintiff's May 9, 2022 filing date of the FAC, in accordance with Fed. R. Civ. P. 15(a)(3);

WHEREAS by way of a previous stipulation and order dated May 20, 2022 (Document Number 40), PLC was granted an extension of two (2) weeks to respond to the FAC until June 6, 2022;

WHEREAS counsel have been diligently meeting and conferring as to the allegations in the FAC, the appropriate venue for this matter and whether or not PLC will file a Motion to Dismiss the FAC;

WHEREAS the parties and their counsel agree that they need additional time to meet and confer on the issues;

WHEREAS Plaintiff's counsel has agreed to give PLC's counsel an additional two (2) weeks to respond to the FAC until June 20, 2022 so that there is sufficient time to complete meet and confer communications;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS HEREBY STIPULATED AND AGREED THAT the Court may enter an order that extends PLC's response date to the FAC from June 6, 2022 to June 20, 2022.

**IT IS SO STIPULATED.**

DATED: June 2, 2022          MICHAEL STONE-MOLLOY, ESQ.
                             THE LION'S LAW OFFICE


                             By: _____s/Michael Stone-Molloy_____
                                 MICHAEL STONE-MOLLOY
                                 Attorney for Plaintiff,
                                 RICKA THOMAS

DATED: June 2, 2022          DAVID M. SAMUELS
                             HEATHER J. HAMBY
                             LEWIS BRISBOIS BISGAARD & SMITH LLP


                             By: _____*s/David M. Samuels*_____
                                 DAVID M. SAMUELS
                                 Attorneys for Defendant,
                                 INTERCONTINENTAL HOTELS
                                 GROUP PLC

# FEDERAL COURT PROOF OF SERVICE
Thomas v IHG
Case No. 2:21-cv-04117-DSF-JEM

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 3, 2022, I served the following document(s):  JOINT STIPULATION RE:

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Michael Stone-Molloy, Esq.<br>THE LION'S LAW OFFICE<br>355 S. Grand Avenue, Suite 2450<br>Los Angeles, CA 90071 | Attorney for Plaintiff, RICKA THOMAS<br><br>Telephone:  818-257-9250<br>Facsimile:   213-927-3635<br>Email: michael@thelionslaw.com |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 3, 2022, at Los Angeles, California.

*[signature]*

_____
Chris Trestrail



4860-8823-6323.1

1

JOINT STIPULATION RE: CONTINUANCE OF THE DEADLINE FOR DEFENDANT TO RESPOND TO FAC