JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICKA THOMAS, | Case No. 2:21-cv-04117-DSF-JEM |
| Plaintiff, | **ORDER ON**<br>**JOINT STIPULATION RE:**<br>**DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| SIX CONTINENTS HOTELS, INC. DBA INTERCONTINENTAL HOTELS GROUP (IHG); HOLIDAY HOSPITALITY FRANCHISING, LLC (HHF); HIM (ARUBA) NV (HIM) DOES 1-24, | United States District Judge:<br>Dale S. Fischer |
| Defendants. | |
| | Trial Date: September 25, 2023 |

The Court has received and reviewed the Joint Stipulation of Plaintiff RICKA THOMAS ("Plaintiff") and Defendant INTERCONTINENTAL HOTELS GROUP PLC's (erroneously sued as INTERCONTINENTAL HOTELS GROUP (IHG) (hereinafter "PLC")) regarding the dismissal of this action with prejudice. ("Stipulation").

/ / /

/ / /

/ / /

Based on the Stipulation and GOOD CAUSE APPEARING, it is hereby ordered that this action is dismissed in its entirety, with prejudice, with each party to bear their own costs and fees, pursuant to Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED.

DATED: November 28, 2022

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE